

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 10, 2018**

_Tony M. Davis_
_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 18-11131 |
| ALFRED S. BURNS AND TAURUS | § | |
| GILMORE BURNS A/K/A TAURUS | § | |
| TEQUILLA GILMORE, | § | |
| DEBTORS | § | CHAPTER 7 |
| | § | |
| NATIONSTAR MORTGAGE LLC D/B/A | § | |
| MR. COOPER ITS SUCCESSORS IN | § | |
| INTEREST AND/OR ASSIGNS, | § | |
| MOVANT | § | |
| VS. | § | |
| | § | |
| ALFRED S. BURNS AND TAURUS | § | |
| GILMORE BURNS A/K/A TAURUS | § | |
| TEQUILLA GILMORE (DEBTORS), | § | |
| RESPONDENTS | § | |

### DEFAULT ORDER TERMINATING AUTOMATIC STAY
(Related to Docket Entry #        )

CAME ON for consideration the Motion for Relief from Stay Against Property and

Waiver of Thirty Day Hearing Requirement ("Motion") filed by Nationstar Mortgage LLC d/b/a

Mr. Cooper, ("Movant"). The Chapter 7 Trustee has filed no opposition to the Motion, no party has

filed a response in opposition to the Motion, and that the date to oppose the Motion has passed, it is:

ORDERED that the automatic stay of 11 U.S.C. § 362 is terminated as to Movant, its successors in interest and assigns, and the property at 1729 N Melvina Ave, Chicago, IL 60639, legally described as:

ALL THAT CERTAIN PARCEL OF LAND SITUATE IN COUNTY OF COOK, STATE OF ILLINOIS, BEING KNOWN AND DESIGNATED AS LOT 35 (EXCEPT THE SOUTH 16 FEET) AND ALL OF LOT 36 IN BLOCK 4 IN GALE AND WELCH'S SUBDIVISION OF BLOCKS 27-30, LOTS 4-12 IN BLOCK 31 AND ALL OF BLOCKS 48-50 TOGETHER WITH VACATED STREETS AND ALLEYS IN GALE SUBDIVISION OF THE SOUTH EAST 1/4 OF SECTION 31 AND THE SOUTH WEST 1/4 OF SECTION 32, TOWNSHIP 40 NORTH, RANGE 13 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

(the "Property"). It is further

ORDERED that Movant, its successors in interest and assigns, is authorized to pursue its statutory and contractual rights and remedies, including the taking of any action in order to gain possession of, or foreclose upon, or conduct a short sale of, or accept a deed in lieu as to the Property. It is further

ORDERED that all communications including notices required by state law, sent by Movant, its successors in interest and assigns, in connection with proceeding against the Property may be sent directly to the Debtors. It is further

ORDERED that, based on the lack of filed opposition to the Motion, the fourteen day provision of Rule 4001(a)(3) is waived and Movant, its successors in interest and assigns, may immediately enforce and implement this Order.

***END OF ORDER***

RESPECTFULLY SUBMITTED BY:

Mario Cortes/ TBN 24055350
Email: mcortes@logs.com
Grant M. Tabor / TBN 24027905
Email: gtabor@logs.com
H. Gray Burks IV / TBN 03418320
Email: gburks@logs.com
Kirk A. Schwartz / TBN 24004908
Email kschwartz@logs.com
SHAPIRO SCHWARTZ, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
Telephone (713) 462-2565
Facsimile (847) 879-4856
COUNSEL FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER